**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KALEAB KA ANPU EL, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. ELH-21-1504 |
| WALKER MEWS APARTMENTS,<br>LAW OFFICES OF MARKEY AND ORSI,<br>Defendants | *<br><br>* | |
| | *** | |

**ORDER**

For the reasons stated in the preceding Memorandum, it is this 13th day of July, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED, without prejudice;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF 2) IS GRANTED;

3. The Clerk SHALL MAIL a copy of the Memorandum and Order to plaintiff; and

4. The Clerk SHALL CLOSE this case.

          /s/
Ellen L. Hollander
United States District Judge